FILED '08 SEP 16 12:03 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| HEATHER STURGEON, | Civil No. 6:07-CV-6346-HO |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER, issued September 15, 2008.

DATED this 15th day of Sept. 2008.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT [6:07-CV-6346-HO]